OFFICE OF DISCIPLINARY COUNSEL *v.* CRANE.

[Cite as Disciplinary Counsel *v.* Crane (1990), 56 Ohio St. 3d 38.]

(No. 89-1555—Submitted July 31, 1990—Decided December 12, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Elaine R. Crane, pro se.*

*Per Curiam.* We find respondent's conduct to be a violation of DR 1-102(A)(4) and (5) and concur in the recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio, without credit for the time already suspended. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.